IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 24 C 3995 |
| MAJOR HEATING & COOLING, INC., an Illinois corporation, | ) ) ) ) | JUDGE JORGE L. ALONSO |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, it is hereby stipulated by and between the Plaintiffs, SMART LOCAL 265 WELFARE FUND, *et al.*, and the Defendant, MAJOR HEATING & COOLING, INC., an Illinois corporation, acting through their respective attorneys, that Plaintiffs' Complaint and Defendant's Counterclaim be dismissed without prejudice and without costs, with each party bearing its own costs and attorney's fees, all matters in controversy for which the action was brought having been resolved between the parties.

DATE:     August 12, 2024          /s/   Catherine M. Chapman

DATE:     August 12, 2024          /s/   Joseph P. Berglund

Catherine M. Chapman
Destiny A. Collins
Attorneys for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com


Joseph P. Berglund
Attorney for the Defendant
LAW OFFICES OF JOSEPH P. BERGLUND, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, IL   60523
Bar No.: 6202851
Telephone:  (630) 990-0234
E-Mail: berglundmastny@aol.com


I:\265J\Major Heating & Cooling\#30791\stipulation of dismissal.cmc.df.wpd